IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**RANDAL MCCLOY, JR.,**
by his next friend,
**ANNA MCCLOY,**

        Plaintiff,

v.                       //    CIVIL ACTION NO. 1:06CV13
                                  (Judge Keeley)

**NATIONAL ENQUIRER, INC.,**
**AMERICAN MEDIA, INC.,**

        Defendants.

### ORDER CANCELING PRELIMINARY INJUNCTION HEARING

For reasons appearing to the Court, the preliminary injunction hearing scheduled for **Monday, February 6, 2006 at 1:30 p.m.**, at the **Clarksburg, West Virginia**, point of holding court is **CANCELED**.

The Clerk is directed to transmit copies of this Order via facsimile to counsel of record and to Jay S. Bowen, Esquire, Bowen Riley Warnock & Jacobson, PLC, 1906 West End Avenue, Nashville, Tennessee, 37203.

DATED: February 3, 2006.

                                            \s\ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE