IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**RANDAL MCCLOY, JR.,** by
his next friend, Anna McCloy,

*Plaintiff,*

v.                                                                    Civil Action No. 1:06-cv-0013
                                                                      Hon. Irene M. Keeley

**NATIONAL ENQUIRER, INC.; AMERICAN**
**MEDIA, INC.,**

*Defendants.*

## NOTICE OF DISMISSAL

In accordance with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, with no Answer to the Complaint and no motion for summary judgment having been served by Defendants National Enquirer, Inc., and American Media, Inc., Plaintiff Randal McCloy, Jr., by his next friend, Anna McCloy, hereby gives notice through counsel that the above-entitled action shall be voluntarily dismissed with prejudice.

RANDAL McCLOY, JR.
by his next friend, Anna McCloy,

By Counsel:

*/s/ Raymond S. Franks II*
Stephen P. Goodwin (WV Bar #1433)
Raymond S. Franks II (WV Bar #6523)
GOODWIN & GOODWIN, LLP
300 Summers Street, Suite 1500
P.O. Box 2107
Charleston, WV 25328-2107
(304) 346-7000
*Counsel for Randal McCloy, Jr.,*
*by his next friend, Anna McCloy*

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**RANDAL MCCLOY, JR.,** by
his next friend, Anna McCloy,

    *Plaintiff,*

**vi.**                                               Civil Action No. 1:06-cv-0013
                                                     Hon. Irene M. Keeley

**NATIONAL ENQUIRER, INC.; AMERICAN
MEDIA, INC.,**

    *Defendants.*

## CERTIFICATE OF SERVICE

I, Raymond S. Franks II, counsel for Plaintiff Randal McCloy, Jr., by his next friend, Anna McCloy, do hereby certify that service has been made on Defendants National Enquirer, Inc., and American Media, Inc., of the foregoing Notice of Dismissal by causing true and exact copies thereof to be deposited in the regular course of the United States mail, postage prepaid, on this 27th day of June, 2006, addressed to:

    Jay S. Bowen, Esq.
    Timothy G. Warnock, Esq.
    Katharine R. Cloud, Esq.
    BOWEN RILEY WARNOCK & JACOBSON, PLC
    1906 West End Avenue
    Nashville, Tennessee 37203
    *Counsel for Defendants*

                                                                 */s/ Raymond S. Franks II*
                                                                  RAYMOND S. FRANKS II